

# In the Missouri Court of Appeals
# Eastern District

JUNE 17, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.     ED100206    JEROME JONES, APP V STATE OF MISSOURI, RES

2.     ED100377 STATE OF MISSOURI, RES V SEAN C. WILLIAMS, APP

3.     ED100550 R.H.H., RES V. N.L.S., APP